Joseph here on the firſt Day of the next Term, *ex mo. Linn.*

## *November* Term, 1790.

(p. 165.)

### The STATE *againſt* JOSHUA FARLEY.

*On* Habeas Corpus *of Negro* Joe *claiming his Freedom.*

THE ſaid Joſhua Farley having returned that the ſaid Negro Joe in the Writ named, before the coming of the ſaid Writ, was and ſtill is, the Negro Slave of him the ſaid Joſhua Farley, and that he had, and ſtill hath Right and Title to hold the ſaid Joe a Slave during Life ; and thereof tendered an Iſſue to the Country, and prayed the Court that the ſaid Iſſue ſo tendered might be tried by a Jury of his Country ; whereupon, The Court having heard Counſel, and taking the Matter into Conſideration, are of Opinion that a Jury in this Caſe is improper, and therefore do refuſe the ſame.

The Evidence both for and againſt the Claim of the ſaid Negro Joe to be ſet at Liberty, being fully heard, and Counſel thereupon on both ſides.

The Court do adjudge that the ſaid Negro Joe is illegally detained in the Cuſtody of the ſaid Joſhua Farley, and therefore do order him to be diſcharged from the ſaid Cuſtody and illegal Detention of him the ſaid Joſhua Farley, on the Motion of Eliſha Boudinot.

## *May* Term, 1791.

(p. 248.)

### The STATE *againſt* JOSEPH BEAVERS, JOHN CLIFFORD, *and* JOHN MARTIN, *Adminiſtrators of* EDWARD CLIFFORD, *deceaſed.*

*On* Habeas Corpus *ad ſubjiciendum, for the Liberation of Negro* Abraham Solomons, *and Negro* Dolly *his Wife.*

*The Attorney-General, Eliſha Boudinot, and Linn, Counſel for the Negroes.—Leake and Richard Stockton, Counſel for the ſaid Adminiſtrators.*

THE Defendants having returned the Bodies with the Cauſe &c. " That they are the Negro Slaves of